## United States Bankruptcy Court
### District of Massachusetts

| | |
|---|---|
| In re: ) | |
| ) | |
| NANCY E. PATCHELL, ) | Chapter 13 |
| DEBTOR. ) | Case No. 02-45551-JBR |
| _____) | |
| ) | |
| NANCY E. PATCHELL, ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding |
| v. ) | No. 04-04460 |
| ) | |
| OPTION ONE MORTGAGE ) | |
| CORPORATION *et al.*, ) | |
| Defendants. ) | |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE TO PLAINTIFF THE "PLOT MAP" REFERENCED IN CONSOLIDATED NOTES RECEIVED FROM DEFENDANT'S JULY 2005 DISCOVERY RESPONSES**

This matter came before the Court on the Plaintiff's Motion to Compel production of a "plot map." It is hereby FOUND and ORDERED:

1. To the extent that a "plot map" exists, it is hereby ORDERED that Defendant produce said "plot map" by Monday, August 22, 2005. In the event that such a document does not exist, it is ORDERED that Defendants shall submit an affidavit to Plaintiff and to the Court setting forth the nonexistence of said "plot map." If the "plot map" has already been produced, the Defendants are to provide an affidavit and any transmittal letters setting forth the date or dates when the "plot map" was produced to the Plaintiff. The Plaintiff has been in possession of the Defendant's communication since May 3, 2005 (and perhaps as early as December 2004 and February 2005), and had substantial time in which to present a motion to this Court. The Motion to Compel Production is hereby ALLOWED as set forth above.

2. Plaintiff's request for an extension to file her response to Defendant's Motion for Summary Judgment is hereby GRANTED. It is hereby ORDERED that Plaintiff's time in which to submit her response to Defendant's Motion for Summary Judgment be extended for one week, until August 29, 2005.

Dated: August 16, 2005

*Joel B. Rosenthal*
Joel B. Rosenthal
United States Bankruptcy Judge