## United States Bankruptcy Court
### District of Massachusetts

In re: )
)
NANCY E. PATCHELL, ) Chapter 13
         DEBTOR. ) Case No. 02-45551-JBR
)

NANCY E. PATCHELL, )
         Plaintiff, )
) Adversary Proceeding
v. ) No. 04-04460
)
OPTION ONE MORTGAGE )
CORPORATION *et al.*, )
         Defendants. )

### ORDER ON DEFENDANTS' MOTION FOR CLARIFICATION

This matter came before the Court on the Defendants' Motion for Clarification. After consideration of the Motion for Clarification and a review, it is hereby FOUND and ORDERED:

1. That the Defendants are hereby ORDERED to produce forthwith all documents in accordance with the Court's Orders of July 1, 2005 [Docket # 114] and August 16, 2005 [Docket #s 146 and 150] and Defendants' representations to the Court at the June 28, 2005 hearing on Defendant's Motion to Strike Plaintiff's Request for Documents and Things. At the aforementioned hearing the Defendants represented that "the entire file of Option One has been provided."

2. That the Defendants are ORDERED to produce all correspondence between Defendants and Plaintiff's former counsel, correspondence which the Defendants previously withheld on the grounds that the correspondence was within Plaintiff's custody or control, and all other non-privileged communications referenced on the Defendants' communication log.

Dated: August 22, 2005

                                                              /s/ Joel B. Rosenthal
                                                              Joel B. Rosenthal
                                                              United States Bankruptcy Judge